IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DEPARTMENT OF EDUCATION, STATE OF HAWAII, | ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 10-0297 AWT-BMK |
| v. | ) ) | O R D E R |
| N.D., BY AND THROUGH HIS PARENTS, L.D. AND M.D., et al., | ) ) ) | |
| Defendants. | ) ) | |

The Findings and Recommendation of the Magistrate Judge, dated May 10, 2011, to which no objection has been made, are approved and adopted, and Plaintiff's Motion to Extend Time for Filing Plaintiff's Opening Brief is granted. Defendants' Motion to Dismiss for Failure to Prosecute is denied as moot.

Dated: June 7, 2011,

                                            */s/ A. Wallace Tashima*
                                             A. Wallace Tashima
                                           United States Circuit Judge
                                              Sitting by Designation